IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 8, 2007**

Charles R. Fulbruge III
Clerk

No. 06-41349
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

JESUS FRANCISCO MORALES-AGUSTINE

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:04-CR-921

Before DENNIS, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Jesus Francisco Morales-Agustine (Morales) argues that the enhancement provisions of 8 U.S.C. § 1326(b) are unconstitutional. To the extent his arguments may be raised in this appeal following remand, United States v. Matthews, 312 F.3d 652, 657 (5th Cir. 2002), Morales's arguments are foreclosed by Almendarez-Torres v. United States, 523 U.S. 224, 235 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The appellant's motion for summary

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

disposition is GRANTED, and the judgment of the district court is AFFIRMED.